**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Andrew C. Jung, Esq. (SBN 336002)
ajung@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**VICTORIA VALENZUELA**
**and DANIEL ALVAREZ**

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi, Esq. (SBN 235935)
anassihi@shb.com
David Polyakov, Esq. (SBN 341577)
dpolyakov@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94105

Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA VALENZUELA, an individual, and DANIEL ALVAREZ, an individual,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No: 5:23-cv-02271-JGB-DTB<br><br>Judge: Hon. Jesus G. Bernal<br><br>Magistrate Judge: Hon. David T. Bristow<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, VICTORIA VALENZUELA and DANIEL ALVAREZ, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding. Nissan has agreed to pay all reasonably incurred fees subject only to supporting billing records being provided. Plaintiffs intend to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs, and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: March 18, 2025,	QUILL & ARROW LLP

By _/s/ Kevin Y. Jacobson_____
Kevin Y. Jacobson, Esq.
Andrew C. Jung, Esq.
Attorneys for Plaintiffs,
VICTORIA VALENZUELA
DANIEL ALVAREZ

Dated: March 18, 2025,	SHOOK, HARDY & BACON L.L.P.

By: _/s/ Amir Nassihi_
Amir Nassihi, Esq.
David Polyakov, Esq.
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

JOINT NOTICE OF SETTLEMENT